UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PRABHU RAMAMOORTHY,<br><br>Defendant.<br>_____/ | Case:2:18-cr-20027<br>Judge: Berg, Terrence G.<br>MJ: Majzoub, Mona K.<br>Filed: 01-17-2018 At 10:09 AM<br>INDI USA v. RAMAMOORTHY (SO)<br><br>18 U.S.C. § 2242(2) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

18 U.S.C. § 2242(2) – *Sexual Abuse*

On or about January 3, 2018, within the special aircraft jurisdiction of the United States while on board Spirit Airlines Flight 788, which originated from Las Vegas, Nevada, and landed at the Detroit Metropolitan Airport, in the Eastern District of Michigan, the defendant, PRABHU RAMAMOORTHY, knowingly caused an adult woman (Adult Victim-1 or AV-1) to engage in a sexual act (to wit: the penetration of AV-1's genital opening by RAMAMOORTHY's hand or finger with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person), at a time when AV-1 was, as the defendant knew, incapable

1

of appraising the nature of the conduct and physically incapable of communicating unwillingness to engage in the sexual act, in violation of 18 U.S.C. § 2242(2).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
Grand Jury Foreperson

MATTHEW SCHNEIDER
United States Attorney

*s/Matthew Roth*
Matthew Roth
Chief, General Crimes Unit
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9186

*s/Amanda Jawad*
Amanda Jawad
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9116

Dated: January 17, 2018

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case:2:18-cr-20027<br>Judge: Berg, Terrence G.<br>MJ: Majzoub, Mona K.<br>Filed: 01-17-2018 At 10:09 AM<br>INDI USA v. RAMAMOORTHY (SO) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** |

Case Title: USA v. Prabhu Ramamoorthy

County where offense occurred: Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____ Indictment/ ____ Information --- no prior complaint.
✓ Indictment/ ____ Information --- based upon prior complaint [Case number: 18-mj-30003    ]
____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 17, 2018
Date

*Amanda Jawad*
AMANDA JAWAD
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9116
Fax:   313-226-2372
E-Mail address: Amanda.Jawad@usdoj.gov
Attorney Bar #: NY5141155

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.