UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,   CRIMINAL NO. 18-20027

  Plaintiff,   HON. TERRENCE G. BERG

v.

PRABHU RAMAMOORTHY,

  Defendant.
_____/

## VERDICT FORM

We, the jury, unanimously find the following:

### COUNT ONE

With respect to the charge in Count One of the indictment, which charges the defendant with Sexual Abuse, we the jury find:

Prabhu Ramamoorthy:     _____ Not Guilty     __X__ Guilty

Date: August 15th, 2018

/s/Jury Foreperson
This signature has been redacted in accordance with the policy set forth by the Judiciary Conference.