# WAYNE COUNTY AIRPORT POLICE

## STATEMENT

Page 1 of 1

Case # ███

**Name (Last, First, Middle):** RAMAMOORTHY PRABHU

**Drivers License # or State ID#:** ███

**Address:** ███   **City:** ███   **State:** ███   **Zip Code:** ███

**Cell Phone:** ███   **Other Phone Type:** ( ) ___-___   **DTW Badge # (If Applicable):** ___   **DOB:** ███

**Summary of Statement:**

Today, got a flight from Lasvegas to Detroit. One strange girl came to my near seat and twice she gone out in the middle of travel. I was not feeling well and took tablet. In full travel, I was in deep sleep. Through my wife I come to know she was sleeping on my knees. And I'm not sure where I kept the hand on her. She was hearing music and sending message to someone. I believe, she drank some alcohol, it's my assumption. Around 5:# am saddens she gone out. Totem Through my knowledge, I didn't anythin to her.

**Date:** 01-03-18

**Signature:** R. ___

**Time:** 0673

**Witness:** CPL. ___ #87

AP-24 (March 2013)

GOVERNMENT EXHIBIT A

RAMAMOORTHY_0002