AE:     Hi.

PR:     Hi. I'm Prabhu.

AE:     I'm Aaron.

KD:     (UI) No, that's okay.

KD:     Alright, thank you.

KD:     Alright.  Did you…

AE:     No.

KD:     …start?

AE:     I didn't.  This is me, I'm Aaron…

PR:     Okay.  Hi Aaron.

AE:     I'm with the FBI

KD:     And I'm Kyle

PR:     Hi Kyle.  (UI) Good Afternoon

KD:     We're both FBI agents.

PR:     Okay.

KD:     Um, I'll give you my little spiel first before we start.

PR:     Okay.

KD:     Um, the reason we're here is because of, of the what's called the special aircraft jurisdiction of the United States.  So what that basically says is that from the time the door on the aircraft is closed un- at the departure location 'til the door is opened at the arrival location, anything that happens on that plane, whether it's in the air or even on the runaway, or taxi ways or whatever, anything that happens in the air is federal jurisdiction.  And in this case FBI jurisdiction.

PR:     Um-hm

KD:     Okay?

PR:     Okay.

KD:     So that's why we're involved.

PR:     (UI)

KD:     And that, that includes anything from, you know, sometimes a passenger will get in an argument with a flight attendant, push a flight attendant, or we, we had them steal the little bottle, bottles of liquor off the carts…

1



GOVERNMENT
EXHIBIT
B

PR:   Okay.

KD:   …um steal from each other's purses.  That kind of thing.

PR:   (UI)

KD:   So anything, basically, that happens is something that we look at.

PR:   Okay.

KD:   Okay?

PR:   Okay.  (UI)

KD:   Now, um, we would like to get a little information from you here…

PR:   Yeah.

KD:   …first…

PR:   Yeah.

KD:   …uh before we get started. Um, what's your uh full name (UI)?

PR:   My full name is Prabhu Ramamoorthy.  I am from India.

KD:   Can you spell that?

PR:   P-R-A-B-H-U.  P for Peter, R for Romeo, A for Alpha, B for Basket, H for Henry, U for Umbrella.

KD:   Okay.

PR:   Is first name.  Last name is Ramamoorthy.  R for Romeo, A for Alpha, M for Mexico, A for Alpha, M for Mexico, O for Oxford, O for Oxford, R for Romeo, T for Thailand, H for Hay, Y for Yellow.  Ramamoorthy.

KD:   And your uh date of birth?

PR:   Yes it's uh, ███████████.

KD:   Okay.  And uh, do you have, uh, wh-wh-what is your status here?

PR:   ███████████████████████.

KD:   ████████████████████████████?

PR:   █████████████████████████████████████
      ██████████████.

KD:   ████████████████████████████████████████?

PR:   ████████████████████.

2

KD:     ███████████████████.  And, uh, you, uh… So you have a degree?  A college degree?

PR:     Yeah.  B tech.

KD:     In, I'm sorry, what?

PR:     B tech... degree I have

KD:     What's the, uh,…

PR:     Bachelor of Technology (UI).

KD:     Oh.  Oh okay.  Sorry, your, abbreviated and you lost me there.

PR:     Oh, oh.

KD:     Um, okay, and what is, uh, um…what's your current address?

PR:     Current address is ███████████████████████████████, ███████████████.

KD:     Um, and what is your actual status here in the country, as far as…

PR:     Status is H1B.

KD:     Okay.

PR:     H1B.

KD:     So, so you are, um, as, as… as part of your being here, you're… have to be employed right?  Have to have a sponsorship (UI)…

PR:     Yes.

KD:     I'm j, I'm asking that…  I'm sorta kinda familiar(UI)…

PR:     Yeah, yeah.

KD:     …immigration's not our thing…

PR:     Mm-hmm.

KD:     …so, um, just asking.  Um, and I think for now that's about it… Um, but for this part, uh, so part of the reason I was asking you about education is I want to make sure that, um, that y-y-you can read and write English fine.

PR:     Oh okay. Yeah.

KD:     Okay.

KD:     Almost got me.  Almost wrote 2017.

AE:     Mm-hmm.

KD:     Okay.  Alright.  So, here, I'll give you this.

PR:     Okay.

KD:     And if you would, as you read each one of these, just initial it.  And all this initialing is, is you're just saying that I understand it.

PR:     Okay.

KD:     Okay.  If you don't understand it, just ask us.

PR:     Yeah sure.

KD:     Okay?

PR:     Sure.

KD:     So, you can go ahead and start.  Read the first one and read it out loud to us if you would.

PR:     Before we ask you any questions, you must understand your rights.

KD:     Mm-hmm, okay.  Yep, you can go ahead and initial that.  Mh-hm.

PR:     (UI) Tick

KD:     Pardon?

PR:     What I have to do?  Yeah I don't understand this.

KD:     You understand it?  Yup, that's all you do. You're just saying I understand what that means.

PR:     Here, if I write it's okay? (UI)

AE:     Yeah, you just write your…

KD:     Just write your initials.  Just…

PR:     Oh.

KD:     Okay?

PR:     Mm

KD:     Okay, go ahead to the next one.

PR:     You have the right to remain silent.

KD:     Okay.  Do you understand what that means?

PR:     Yes.

KD:     That means you don't have to answer…

PR:     Answer all the questions.

KD:     Any questions.

PR:     Okay.

KD:     Okay.  Go ahead.

PR:     Okay.  Anything you say can be used against you in court.  Mm-hm.

KD:     That's pretty much self-explanatory.

PR:     Okay.  You have the right to talk to your lawyer for advice before we ask you any questions. Okay.  Do we…do we just (UI)… sorry, I have a question.

KD:     Sure, you can ask.

PR:     Okay.  Right now…so after we are through… then we can go to court and lawyer or something.  How would be the procedure.   Actually, I am not… I am not aware of the procedure…what we're doing here. So once FBI provides that's it or it should (UI) go to court…look again what is the procedure.

KD:     What we do is this.  We investigate.  So we go do interviews, collect evidence, we do database checks, different things, okay.

PR:     Okay.

KD:     We take all that information and we provide it to the United States Attorney's Office.  They make a decision on whether to charge you with a crime, okay?

PR:     Okay.

KD:     They can look at our evidence and say, yep we're gonna charge him or nope there's nothing here, close the case.

PR:     Okay.

KD:     Okay?

PR:     So the decision…uh… it is not with your hands.  You will give all information to them.

KD:     Yes.

PR:     Whatever information… Okay.

PR:     …in this scenario, for example, if I didn't do any crime, will you leave right now or still the case over or your decision

KD:     Just one moment. (UI)  I have to get this.

KD:     Kyle Dodge.

AE:     (Clears throat)

KD:     Hey.

PR:   By any chance, I have one more question.  Uh, does Spirit Airlines having a video camera?

AE:   Spirit?

PR:   Yeah.

AE:   Um, I'm not sure. I don't know actually.

PR:   Okay.  That's only my thought.  (UI) do you have any video that would be great for me to see. So I am curious person, I have asked lots of people, and they say that they don't know.

AE:   Okay.  That's a good question.  How do you say your first name?

PR:   Prabhu

AE:   Prabhu.  Okay.

KD:   Okay.

PR:   (UI) is my question.  So for example if, uh… you are going to give report to the attorney, attorney will go to the (UI) then they are going to see the result. Until then, what's my status right now?

KD:   Right now?  You are currently in, I guess you could call it, temporary custody here at the police department.

PR:   Okay.

KD:   Okay. You are, um, being held based upon the initial reports they received. Okay? Um, when, when we're done here, we're going to go downtown to the court to take you to see a judge.

PR:   Okay. Today itself (UI) going to happen or?

KD:   Yes, that's going to happen today.

PR:   Okay.

KD:   As a matter of fact, we have to...  There's no clock.  Uh we have to have you downtown to see the judge.

PR:   Okay.

KD:   And the judge wants to see you at four o'clock.

PR:   Okay.

KD:   Okay. So, um, we will, we will take you and you will be handcuffed and everything. You will go in the back of the car, and we will drive you downtown to the court where you'll see the judge.

PR:     Okay.

KD:     Okay?

PR:     Okay.

KD:     And at that point, you will actually, we will actually read you, uh, charges, to tell you... and you'll also, there you will actually have an attorney.

PR:     Okay.

KD:     Okay?

PR:     Okay.

KD:     Um, to help you with the legal stuff that the judge will say.

PR:     Okay.

KD:     Okay?

PR:     Okay.

KD:     And the prosecutor will be there, and they will discuss your situation and decide what's going to happen to you in the short-term.

PR:     Okay.

KD:     Okay?

PR:     Okay.

KD:     Does that answer your question?

PR:     (UI) Yeah, what is short-term?  I did not get that.

KD:     What's what?

AE:     Short term.

PR:     What short-term mean?

KD:     Oh, like today. What's going to happen to you today.

PR:     Okay today, but uh the future, when will they get the um complete result?

KD:     Um, the, what's it?  There's a time frame, it's short. Uh, I think 30 days that the U.S. Attorney's Office has to decide on whether to bring formal charges…

PR:     Okay.

KD:     …or to dismiss this initial complaint, which is what the judge will read to you.

PR:     Okay.

KD:   …the charges on that complaint.

PR:   Okay.

KD:   After that, you will be able to…

PR:   Okay.

KD:   Um, go in front of, um, you'll have, the decision from a prosecutor rather of this… of whether they're gonna continue forward with the charges or dismiss the charges.

PR:   Okay.  So this affect my H1B visa or something?

KD:   I'm sorry?

AE:   Is this gonna affect his H1…

PR:   This case will affect my H1?

KD:   Oh, uh, if, if you are to be convicted, I'm sure it would.  Okay?  Bu, but, at this point, I-I don't know, I'm not an immigration person.

PR:   Okay

KD:   So I can't answer that.

PR:   Okay.

KD:   But, y-yeah, I-I, if, uh, if, if a person gets convicted of a felony, um, and sent to prison, but and it's not for every crime.  So I don't know what crimes all necessarily fit into that, but in this particular crime they're charging you with, and again I don't know what that charge…

PR:   (UI)

KD:   ...is yet.  I haven't seen it myself.

PR:   Okay.

KD:   Um, but, um, you will have the opportunity to see that when you see the judge.

PR:   Okay.  Then one more thing, I know, I know I have asked police people… I don't know what's complaint she has given… Just I want to know about the complaint what she has given against me…

AE:   Mm hm.

PR:   That's my curious question…

KD:   Yep.

PR:   The police itself I have asked, they said that can't receive it

KD:   Right.

8

PR:     Okay.  That's my first question.  What, what she uh said about me that's only I do not understand.

KD:     Right.

PR:     (UI) her hair or I didn't anything to her

KD:     Yeah.

PR:     What's the complaint about?

KD:     Yeah, and that's what we're hoping to talk to you about.

PR:     Okay.

KD:     Okay?

PR:     Mm-hmm.

KD:     Um, we would, we would like to get your side of that story.

PR:     Okay.

KD:     Okay?

PR:     Okay.

KD:     Um, however we cannot, we can't do that until we're done with this. Okay?

PR:     Okay.  Okay (UI)

KD:     So…

PR:     Okay, from initial onwards, that's my question, what she has said about me, because we are traveling for 3 hours, she didn't say anything, last 10minutes, she has gone, I thought she has gone to bathroom, in the middle itself why she has gone, she was sleeping on my leg and shoulder, but I donno what's the complaint she made, maybe I hurried her, may be in sleep, I fell down on her

KD:     Yeah, we'll, we'll get to that.

PR:     Okay. You have the right to talk to your lawyer for advice before we ask you any questions. Okay. So the lawyer will be available for me?

KD:     Well tha… this particular thing actually means that you could have, as we're asking you questions, you could have a lawyer here with you.

PR:     Okay.

KD:     Okay?

PR:     Okay.

KD:     And then that's up to you. Uh…

PR:   You have the right to have a lawyer with you during questioning.

KD:   Right.

PR:   So…

KD:   That's what I was just talking about as well.

PR:   Okay.

KD:   Because you can get… see this is talking about you getting their advice, so you can ask any question, hey, should, well how do I answer this question in the best way.  What does that legal term mean?  Wh… okay?

PR:   Okay.

KD:   So you…

PR:   If you cannot afford a lawyer, one will be appointed for you before any (UI).  If you decide to answer questions now without a lawyer present, you have the right to stop answering (UI). I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions (UI).  This one um…

KD:   Yup, that's for us.

PR:   Okay.

PR:   By any chance, she is also going to come into the court, right.

KD:   I'm sorry.

PR:   Today.  She will also come there, right.

KD:   Who?

PR:   Uh the girl who has complained about me.

KD:   No. no.

PR:   No, she won't come?

KD:   No she won't be there.

PR:   Okay.  May, maybe my question is wrong let me know?

KD:   I mean sh-she-she could come, but I… she doesn't have to be there.

PR:   Okay.  I have a (UI) question.  So, she, she complained, for example, if I complained about her then you will do the same thing to her, also?  Okay, in the trip, actually she twice (UI) she was sleeping on me on me but I didn't do any complaint. (UI) If I complaint to you first then same thing you arrest her?

KD:    Oh, yeah I see what you're saying.  Yeah, if you have a complaint about her, that is a, um, that would be a viol-violation of federal law.  A criminal offense.  Okay?  Then we would take your information, whatever you provide us with, and we investigate that. Okay?

PR:    Um hmm.

KD:    Just to determine if there's been a crime, and again we would turn it over to the U.S. Attorney's Office.  The U.S. Attorney's Office makes a charging decision.

PR:    Okay.

KD:    Okay?

PR:    Okay.

KD:    So, yes, it works both ways.

PR:    Okay.  Okay.

KD:    Uh.

PR:    First I will explain the scenario what happened to (UI)

KD:    Yeah if you…

PR:    First, I will explain the scenario, then you can (UI)

KD:    Okay.  As long as you don't…  He's trying to take some notes.

AE:    I might have you slow down or repeat some things every once in a while.  And, are you having trouble understanding us at all?

PR:    No, I was not troubling.  Only was I not troubling …Morning onwards I'm frustrating and I didn't do anything and I donno about anything, simply they locked me , this is the first time, in my native also nothing happen, its my first history, very frustrated, from morning, I'm not okay, everything goes wrong, I donno why she complaint , what does she want

AE:    Sure…

PR:    From morning, I thought, okay, everything go (UI) she said complaint (UI)

KD:    (UI)

PR:    Okay, now we can see what the complaint she has made. (UI)

AE:    Yeah, we'll wait 'til he gets back in, and we'll tell ya.

PR:    Okay.

AE:    Yeah.

AE:     You said you work for ▮▮▮?

PR:     Yeah.

AE:     Okay.

PR:     Only my only problem right now is this not affect my work for making complaint, I asked them too, I got an opportunity to work, I want to make the opportunity to make

AE:     Mm-hmm.

PR:     …I'm not (UI) ready to (UI) that opportunity…

AE:     Right.

PR:     …(UI)

AE:     What, um, what do you for ▮▮▮▮▮▮ at your job? ▮▮▮▮

PR:     ▮▮▮▮▮▮

AE:     What do you do as a ▮▮▮▮▮?

PR:     ▮▮▮▮▮▮▮▮▮▮▮▮ (UI)

AE:     Okay.

PR:     (UI)

AE:     How long have you been doing that?

PR:     What?

AE:     How long have you done that?

PR:     (UI) maybe two and half years.  In July I joined.

AE:     July?

PR:     Yeah, two and half years.

AE:     Okay.

PR:     July 2015.

AE:     Two and a half years?

PR:     2015 July.

AE:     Right.  So almost 3 years now?

PR:     Yeah, (UI) this coming July, yeah, three years I have signed the documents, shall I know, whats the complaint, she have given against me?

KD:     Um, well, I guess we should back up a little bit.

PR:  Okay.  (UI) first tell me what has happened, then you hear.  Okay?

KD:  Okay.

AE:  Okay.

KD:  Um, you were on a flight from Las Vegas…

PR:  Las Vegas to Detroit.

KD:  …to Detroit.

PR:  Around 11:20 (UI) flight Las Vegas.  Las Vegas time was 11:20…here we reached around five thirty…

KD:  Yeah they're, they're behind us…

PR:  Yeah, three hours difference…

AE:  (UI) time zone.

PR:  Yeah three hours different.  So what your time?  So we have completed Grand Canyon and we have come, came to Las Vegas airport.  Okay.  We have waited for around two hours because we came really early.  Actually I am not feeling well, cold and fever.  Okay?  I'm taking tablet.  So, I am feeling really tired, so once I reached the (UI) I said to my wife, I am going to sleep I am very tired.

KD:  And what did you, what did you take?

PR:  Uh Tylenol.

KD:  Okay.

KD:  And did you take anything with that?

PR:  No.

KD:  Well, what did you, uh, what did you use to take it with?  A…

PR:  Uh

KD:  Did you have water?

PR:  Uh…no. Hot chocolate.

KD:  Hot chocolate?

PR:  Mm, hot chocolate, then one thing I had uh… only fries… (UI) fries.  I had it.  Okay?  That night we gone Grand Canyon very early.  We got shuttle from Las…

KD:  But that, but that was at the airport right?

PR:  Yes.

KD:     The, the fries…

PR:     (UI)

KD:     The fries and the hot chocolate?

PR:     Hot chocolate.

KD:     Okay.

PR:      (UI)

KD:     Okay. Di-did you take any more, um, (UI)

PR:     (UI) drinks?

KD:     Yeah.

PR:     No, I don't drink.

KD:     Anything to drink?

PR:     No, I don't drink.

KD:     Nothing?

PR:     Nothing

KD:     No soda?

PR:     No smoke…

KD:     No, no, no, no, no. Uh, soda…

AE:     Water

KD:     …water?

PR:     Water I had.

KD:     Yeah alright. Okay. Okay.

PR:     Hot water I had.

KD:     Okay.  So I'm having you fast-forward to the point that we're on the airplane.

PR:     Yes.

KD:     Okay.

PR:     Yeah, we had a seat.  Uh, D and E seat, not window seat, D and E we got it.  Uh, my wife is in D.  I am in E. F was empty that time.  Only in the last minute one lady came.  Okay? She was a girl, uh, she made a complaint against me?

AE:     Mm-hm.

PR:     Okay, see (UI) this lady, but I don't know (UI). Okay, sorry I came late. Can you carry the bag and keep it in my place? So I placed…uh, the bag and she given one uh bedsheet, (UI) so I placed it. Okay then after sometime she came and stayed. Um, I hope before starting (UI) she left. We are, we are sitting here, here, and here my wife. She asked to come out, so she asked us to leave, so we came out. Then she got out, and then she came back. Then after all of that one hour or something what happens is that um she is doing her leg like this.

KD:     (UI) was doing what?

PR:     Leg.

KD:     And she was?

PR:     Yeah, she… she was doing like this

KD:     Moving her legs

PR:     Yeah, moving like this. Then from, nose sound uh, she made it. Okay? (UI)

AE:     Snoring?

PR:     Like. Not snoring, but something like that she did. Then, uh, two or three words she spoke. I don't know what she spoke. Okay. In the night (UI) spoke right.

KD:     Sh-She said something to you?

PR:     No. Simply she spoke something, like that (sniff) some words she said.

KD:     Oh.

PR:     I forget the word. Okay? Simply two words. Something she said. Okay. Then, uh, after five minutes, uh, she went like this, went like this. Then I…

KD:     To you?

PR:     Yeah, to me. Then I thought…then I laughed. Then I regained sleep. Then again she said she want to go out. One more thing, that's my understanding, she was drunk. If I got it (UI) I'm not sure. Okay. But my understanding, she drunk.

KD:     Okay.

PR:     Okay. Then she…

AE:     She tapped you on the shoulder?

PR:     Yes, shoulder and one time on leg.

AE:     So that, so that she can leave?

PR:     She can leave. Yeah, first time actually I wasn't sleep. I laughed with her. Then I… then again I sleep. Then again… I'm not sure here or here. Both she did. She did. Then I…

she said, she said she want to go, I could not able to just a little move like this.  My wife get up.  She gone like this around me.  Do you understand?

KD:   Um hmm.

AE:   To…

PR:   I did not get up.

KD:   To get, to get past you?

PR:   To get past you…  I did not get up.  Simply I kept like this.  (UI) she done like this okay?  Then, uh, maybe…  that I mean maybe I'm asleep I don't know maybe twenty minutes or thirty minutes.  She got maybe, I'm not sure, for a drink.  She bought some chips or something.  After twenty minutes she again, she came inside.  I don't know.  Twenty minutes.  Forty minutes.  But where coming… she bought some chips.  So if you check Spirit uh the play-out (UI) she can (UI) incur something I don't know.  But I got out (UI) She can come, then she was, uh, messaging and she was hearing some, uh, audio.  During journey, she was hearing audio.  And sometimes she is sending message to someone.  She is doing that.  If she (UI) you can get her phone you can check it.  Always she is hearing some song, alright?  Chatting (UI) chatting, chatting she did.  Okay, uh, definitely you see if she is having chips, then after sometime, she fell on my…like this… she slept.  For some time she slept.  Uh, then, again she gone to window side, then she slept.  Then after some time, uh, on my leg like that, she slept like this.  For slept for maybe, (UI) my timing.  I was in sleep so (UI) maybe thirty minutes maybe less.  She was sleeping like this.  Like this, but, uh, sometimes I was keeping her like this, sometimes I am keeping on her.  When she was like this, I am keeping, uh, sometimes on her, I mean… I'm not sure, but was keeping somewhere on the… I was trying to keep like this… I got pain (UI) it.  Then I slept like this for some time.  Then she woke up.  Then after sometime, she-e, again come onto my, this one, shoulder.  She slept for some time on shoulder.  Then, around five thirty or five twenty (UI) time… uh suddenly she said she want to go out.  Again, I did not move.  Simply I did like this, my wife move, she-e-e gone out, I thought obviously going to restroom.  Then after sometime, she did not (UI) she starting to (UI) I said maybe I (UI) here because the seat is small, right?  Maybe she asking to change her seat (UI) she did not come.  One other person came to my seat… her seat…  So at the time I (UI) happen, but definitely intentionally I did not do anything, but I was keeping hand on her when she was sleeping (UI) maybe like this or something.  I was keeping my hand.  Uh.  Intentionally I did not do anything.  But simply she was sleeping on my…this one.  So simply I kept here and sometimes I kept the hand like this.

KD:   Okay.

PR:   So this overall happen, but I don't know what complaint she has made.  Can you explain what's the complaint?

KD:   Okay.  Well let's…

AE:     Let me back up for a second…

KD:     Yeah

AE:     You said she might've fell on your shoulder…

PR:     Shoulder, yeah

AE:     …once.  And then she fell…

PR:     Twice.  First time, once.  Again here.  Here most of the time, actually she (UI)

AE:     Where?  On your leg?

PR:     Yes, just like this.  So she (UI) from that, she slept like this.

AE:     On your leg? (UI)

PR:     Yes, on my leg.

KD:     So her head was on which leg?

PR:     I (UI) this leg. …this leg.

KD:     So she sat on your right?

PR:     Yes, she sat on the right, and she was laying like this.  With her head like…and she slept.  I, maybe, I don't know, I kept that hand…

KD:     Were…

PR:     …here… (UI)

KD:     Were your legs…

PR:     (UI)

KD:      straight…

PR:     Yeah

KD:     …straight forward?  On…

PR:     (UI) right here (UI)…

KD:     But on the s…

PR:     (UI)

KD:     Right.

PR:     (UI)

KD:     But on the seat, but on the seat behind her, I'm sorry, your, your knees were on the seat in front of you.

PR:     Front of here.

KD:     Okay.

PR:     Yeah.  She was sleeping like this, and sleeping.  She like this with my leg.  So like this she was sleeping.

KD:     So her arms were ar… It wasn't just her head?  Her arms were…

PR:     Yeah, arms also.  Arms also there.

KD:     …up around your legs.

PR:     Yes, around the legs, like this she is sleeping.  Then, luckily I sometimes I was trying to put like um like this uh, this much (UI) was here.  She was being there.  Sometimes I (UI) in deep sleep… sometimes I don't know I kept there.  Somewhere I kept I know (UI) but I don't know… sometimes I kept here also…because she's sleeping like that.

KD:     So, s-so, where was the armrest?

PR:     Armrest, okay.  First, uh, first time she has gone…I said for half an hour, right?  That time the armrest was down.

KD:     (UI)

PR:     After that, uh, I'm not sure, but when I see, uh, five twenty or something that time on the arm rest was not (UI).

KD:     So the armrest was up.

PR:     (UI) She took up something and went.

KD:     S, so the armrest, was (UI)…

PR:     (UI)

KD:     …it's down.

PR:     (UI)

KD:     It's like this.

PR:     …and she need restroom, but

KD:     …and then it's up.

PR:     It's not up.

KD:     I-it's tucked between the seats.

PR:     Yes.

KD:     Okay.  So who…

PR:     I'm not sure, I did or she did.  I don't know.  Was she coming back maybe I help her, maybe I open like this…

KD:     Uh-huh

PR:     …I'm not sure…

KD:     Okay.

PR:     …or she open, I'm not sure.  I won't say she did or I did.  I'm not sure.  Who did? Maybe I did or she did.

KD:     Okay.

PR:     Either option is possible.

KD:     Okay.  I know we're jumping around again.  Go ahead (UI).  Sorry.

AE:     (UI)  (clears throat) She fell on your shoulder…

PR:     Yeah.

AE:     …and then she kinda moved herself back, and then later…

KD:     Yeah.

AE:     …she put her arms and head down on your lap basically.  Both of her arms so she was kind of facing…

PR:     Yes, like this.

AE:     …Where was her head facing?

PR:     Head is facing my leg.

AE:     Like head down?

PR:     She kept like this… she kept like this.  Okay.  Across.

AE:     Right.

PR:     It is like this.

AE:     Hmm.  Um…

PR:     Definitely two-and-a-half hours maybe three hours…  Uh it was (UI) and I don't know what's the problem.  Then only suddenly she has gone there and she said that's … (UI)

AE:     (UI) because I'm writing this stuff down, and it isn't making sense.

KD:     No.  Um.

PR:     One more thing. That's my question (UI)

KD:     What…

PR:    (UI) Is there any media during the (UI) you can easily find it she was on shoulder and down

AE:    (UI) is there any (UI)

KD:    Oh, on the airplane?  The, uh, ya know, that would make our, um, crime solving a lot easier, sometimes if there was video in-on the aircraft.  But, uh, unfortunately, um, at least in this case, we have not been made aware of any video.  So if there is video…

PR:    (UI)

KD:    …then that would…

PR:    …help me.

KD:    …make some things a lot easier for us.

PR:    For me I thought that's only definitely will have some videos, I thought it will help me, that only everyone to him also I asked police also.

KD:    Okay.

PR:    So they can easily find that she was on my shoulder.  How she was (UI), how she was there…

KD:    Okay.  So you said at one point, you were sitting there, and the armrest was up.

PR:    First time I am very…

KD:    So…

PR:    …sure both armrests (UI)…

KD:    Let, let me, let me, let me finish my question…

PR:    Sorry.

KD:    …So at one point the armrest is up.

PR:    Mm-hm

KD:    And your arm was over in her seat?

PR:    Um...

KD:    Is that what you said?

PR:    (UI)

KD:    I'm trying to understand what you said.

PR:    …not.  For example, this chair it will be like this, okay?  This would be, here would be rest.

KD:     Right.

PR:     So she is coming here.

KD:     Right.

PR:     Right. No, I'm not going that side okay. The armrest because the seat is you know in Spirit is very less. Currently it will be there. Not be more or small.

KD:     Okay. Let, let me…

PR:     If I go there then she could not able to sit. If she come this way, I could not able to sit.

KD:     Okay.

PR:     Because in Spirit, only it's compact.

KD:     L, let me tell you something that… it's, it's really important, and that is this. It's ex, it's extremely important that you tell us the truth. Okay? The absolute truth. Okay?

PR:     (UI)

KD:     Let me finish. Okay? And the-the, uh, there's actually a federal law. It's Title 18, United Stated Code 1001, okay?

PR:     Okay.

KD:     And basically what that says is that if you lie to an agent of the government, which in this case would be myself or Aaron, okay?

PR:     Okay.

KD:     You could be charged with a crime.

PR:     Okay.

KD:     It's a felony. You'll go to prison, like, um, you know, Martha Stewart.

PR:     Um…

KD:     Okay. (UI) uh, I'm trying to think some that was recent that you would've heard about, but people have, have gone…

AE:     Work.

KD:     Okay.

AE:     (UI)

KD:     Okay.

KD:     Um, y-you can actually be fined, and or go to prison. Okay, for-for telling us something that's not true.

PR:     (UI) Yes, (UI) Okay.

KD:     Okay?

PR:     Okay.

KD:     So we need to make sure that you're…

PR:     (UI)

KD:     …that you are…

PR:     (UI)

KD:     …that you are…

PR:     (UI)

KD:     Hold on. Let me make sure you're clear on this.

PR:     Yes, I am very clear, but hand rest first one hour I'm very sure it was there, later I don't know.

KD:     Oh, no, no, no, no, no. I'm-I'm not specifically saying about the armrest.

PR:     (sighs)

KD:     (UI) I'm talking about everything.

PR:     Okay. You're speaking about…okay.

KD:     So we got to have the truth, from the top to the bottom.

PR:      Hmm.

KD:     Okay?

PR:     Okay.

KD:     Alright.  So just as long as you understand that the truth is, v-very, very, very important.

PR:     Yes…

KD:     Okay.

PR:     …what I said everything is truth, but hand only… I don't know where I kept.  Uh, definitely, when she was doing like this… I don't know where I kept my hand.  But I kept sometimes only there then I kept on her only (UI) trying to. But I don't know which place (UI) I kept my hand (UI) I'm not sure. But I kept on her only, because she was like this, only, so, just like this.

KD:     Okay.

PR:     (UI) I don't know (UI)

22

KD:    When…she was…

KD:    When, where were your hands when sh…  I mean, she fell in your lap.  She's laying on your legs, right?

PR:    Yes.

KD:    Okay.

PR:    My hands (UI)…

KD:    So-so, where were your hands?  I mean because…

PR:    Okay.  (UI) No.  Uh.  First few minutes, it was like this only.  I did not touch here.  She was like that.  Later, okay that (UI) I think I put her on back.  And, uh, (Telephone ringing) maybe on the (UI) or on the shoulder.  That's only my complete assumption on where I kept.

KD:    Alright.  Sorry, I gotta go for a second.  Kyle Dodge.

PR:    But definitely it's my…  Exactly I don't know in my sleep.  But somewhere I kept on a hand on her.  Because I know she is down so I kept like that.

AE:    Mm-hm

PR:    Okay. I…

AE:    You're right handed?

PR:    I'm not sure I fell down on her and I slept.  As for my understanding, I did not fall down.  Only placed a hand.  (UI)

AE:    You're right handed.

PR:    99 percent I did not do that

AE:    You're right handed?

PR:    Uh, I am left handed.

AE:    Your… your right hand was touching her?

PR:    Yes, because this way she is there.  Okay.  I will write in right hand, but everything… ball throw and all in left handed, (UI) in left.  But in India they will say only operating in right hand. That's why I write.  But eh…I am left handed.

AE:    I'm just going to clarify what you have already said.  Okay.  You said that your hand was on her back for a little bit because her head was, kind of like, in your space…

PR:    Okay, she is like this.

AE:    (clears throat) okay.

PR:   Only sometime, I don't know how much times.  (UI) she was like this only then we got (UI) then after that, then I kept.

AE:   You said on her shoulder too?

PR:   Mm-hm.  One hand, maybe, at sometimes on head, sometimes on shoulder, then on the back.

AE:   Everything alright?

KD:   Yeah, I was just… Amanda checking on our time. (UI) Uh…

PR:   But my one kind request is that you could get some videos that could be save me that is my kind request

KD:   Well if we find anything…

PR:   Okay.

KD:   …that benefits you, we have to tell you about it, okay?

PR:   Yeah.  (UI)

KD:   Whether it's-it's a, ya know, whether we interview somebody, and they tell us something, or we find some evidence, like you said a video or some sort of recording of it that we would have to turn that over to you as well.

PR:   Okay, yeah.

KD:   Okay.

PR:   But then while sleeping… (UI) she was, uh, wearing the headphones.  She's getting the, uh, (UI) in the middle of (UI) something she sent a message.  While coming (UI) she made a call to one person, but then the flight took, and she said okay bye.  And she took.

KD:   Mm-hmm.

PR:   She is, uh, sending message. And she is (UI) on her phone.  I don't know (UI) but she is getting (UI).

KD:   So when she, when she first came on the, when she first got into her seat…

PR:   Mm-hm.

KD:   …okay, she passed her bags down…

PR:   Mm-hm.

KD:   …she took care of another bag…

PR:   Mm-hm.

KD:   …okay, then she came and sat down.

PR:     Mm-hm.

KD:     Right?

PR:     Yes, right.

KD:     About how long after that did she go to sleep?

PR:     Definitely uh, uh, once, once again, just generalizing, I think first of all time, she has gone, and she come back then within five minutes or ten minutes, uh, she gone to deep sleep.  Only for five minutes… definitely she is making some sounds.  Then later, she… I thought she hungry or something… then she (UI) definitely… she went like this.  Twice.  Then she go on out, (UI) she came back.  If run in the Spirit… you can check what she has ordered.  She got on a chips, that I'm really sure because she was eating chips.  But twenty minutes… I don't know what she had, and, uh, after twenty minutes only she came back.  Later, she is hearing some sounds, uh, I hope she does not sleep.  Uh, maybe (UI) later on she slept.  Definitely time (UI) deep sleep… exact time I could not able to tell you, but it was approximately twenty thirty minutes, but she has gone out around twenty thirty minutes… she did not come back.  She, uh, I hope she ordered something, then she came with the chips.  I think she is having chips.  But I am very sure she is, uh, drunk, but that's my opinion.

KD:     Mm-hm.

PR:     I could not able to blame (UI) or something, but I got (UI)

KD:     Tha-That's fine.  Well we're… That's one thing we want to find out. We want to find out what happened, but we also want to find out what your, uh, your feelings are about things as well. There might have been things you observed that no one has told us yet.

PR:     Okay.  There's one more thing, she has… she wore dress, uh, like this one.  Shirt like this. (UI)

KD:     Mm-hm

PR:     So she was (UI) this much only she was… This…she is showing this much dress.

KD:     Right.

PR:     Just I want to say to you either (UI).  She did not cover fully because why I am saying (UI) I am (UI) her like this.  Maybe… I hope I did not touch the leg, but I am saying… she was wearing like this one.

KD:     When sh-… When she got the airplane, you're talking about her-her shirt?

PR:     Shirt from starting onward… her shirt was like this only it was not (UI)… not a full dress.  The pants and the boots… But the dress is… only half.  I won't say half… but sixty percent (UI).

KD:     Yeah.

AE:   So you're saying that you might have touched her when she was sleeping, like on her stomach?

PR:   Yes, chances are there, that's only, she is also sleeping and I'm also, I'm not sure I think I placed the hand there, I donno where

AE:   On her back…

PR:   Back I kept and the front also I kept.  I'm very sure.  Maybe… this breast I kept because while sleeping. (UI) sleep like this.  Like.  Think I… kept here.  While sleeping… so like this is the… we are sleeping like this.  Maybe I take (UI) but I kept the hands (UI) I did not touch here (UI).  But I kept the hand there.  She was like this…

KD:   Right.  So, you weren't, like, reaching over like this, but you, kinda, your hands in front of you.

PR:   Mm-hm

KD:   Cause your legs are here…

PR:   Mm-hm

KD:   …right?

PR:   Yes

KD:   Your legs are here, you're leaned on the seat.  She's laying on your legs, and you, you're saying you put your hand her like…

PR:   Yeah, on… yeah, I kept… actually I did not do up here that time I was mainly I know that uh, okay I did not keep… that time I was, keeping like this… back, and this, it was paining… then I said, oh get out of that.  Then I kept right here.

KD:   Right.

PR:   Then I also slept…

KD:   Because your shoulder hurt.

PR:   … uh thirty, forty minutes…or something it would be definitely.

KD:   Because your shoulder hurt.

AE:   Yeah…

PR:   Not sure that she was…

AE:   …you said your shoulder hurt…

KD:   You know your shoulder, you said you were reaching…

PR:   Yeah (UI) yah, yah, yah.

26

KD:     …your arm because, because you had pain, you couldn't…

PR:     Yeah.  My shoulder is paining.  Usually I um… because she is starting there… (UI) I was doing like this.  After it was paining then I kept both (UI) I agree with that.  I placed a hand there. (UI)

AE:     So for like thirty or forty minutes

PR:     (UI) exactly, I don't know.

AE:     Somewhere around there?

PR:     Actually something, but around 15 minutes next to 20 minutes later.

AE:     And you were sleeping too, or kind of in and out of sleep

PR:     No, sleeping, sleeping. (UI) Knowingly only I kept that.  Knowingly I was keeping… (UI) like (UI) explaining.  It was (UI) not sleeping right.  I placed a hand.  Because she was earlier she (UI) okay, was there, I placed a hand.

KD:     Okay.

PR:     I am not saying I did not do anything.  Simply I (UI) here. (UI) I placed a hand.  That's true.  I won't say I did not touch her.  Or something (UI).

AE:     (UI)

KD:     Say that last part again.

PR:     While sleeping, she was doing like this. (UI) her breast was touching here.

KD:     Was on your leg?

AE:     On your knee?

PR:     One or two breasts.  One breast was touching.  Sometimes she is touching here also.  But okay I'm trying not to say.  She is there like this… sometimes she is touching that.

KD:     Touch-touching what?

PR:     My butt.  But only a few minutes.  (UI) Like this (UI) the hand was keeping…

AE:     So her breast was touching your…

PR:     Yeah, my shoulder then her hand is touching… but only one or two minutes… was touching here (UI).

KD:     Her hand was?

AE:     (UI)

PR:     Hmm.  She was sleeping like this.  First time was she asleep like this.  This hand will touch right here.

KD:   Okay.

PR:   She, she asleep like this.  Just one or two minutes.  (UI) one or two minutes.

KD:   Okay.

PR:   (UI) she was like this (UI).  But one breast was touching.

KD:   I see.  So, you, I'm, I guess, I'm wondering, wha-what was going through your mind… I mean what were you thinking?  Were you thinking?  I mean, was she… do you think she was…

PR:   Yes, I think I (UI) but I was definitely, uh, not feeling well.  I am not sleeping.  (UI) um, feeling too sleepy.  So I did not… At the time (UI) I won't say I do not (UI) but I am not doing it intentionally. While I did not sleep, just I was keeping like this only (UI) touch her.  Then later (UI) later (UI) coming like this (UI)

KD:   Okay.  But you're sitting next to this young, pretty girl…

PR:   My wife…

KD:   Well, yeah, your wife is on the other side…

PR:   Yes, she was on left side.  Luckily (UI) luckily, if I don't (UI) my wife (UI) but uh, (UI) my wife was there definitely, I don't know maybe I…  Chances are I do.  (UI) but my wife is sitting there that's something she see that like this she sleeping.

AE:   So you have a…

KD:   So.

AE:   What Kyle's saying… you have a, you have your wife on one side…

PR:   left side, my right side (UI)…

AE:   (UI) your legs up like this and…

PR:   (UI) yeah, like this…

AE:   …then this young woman, this attractive young woman, kind of has her head in your lap…

PR:   Mm

AE:   …and her breast was touching your leg, and her hand is grazing your crotch? Like touching your crotch…

PR:   Just one, two minute not always…

AE:   Not her hand, but was it her hand or her arm…

PR:   (UI) …that's it… one or two minutes maximum… (UI)

AE:     Uh-huh

KD:     So, so my point is… I mean, were you thinking that she was, um, like attracted to you or coming on to you? I mean what?

PR:     Yes, first I think she's trying to do that, but then she did like this. Okay?  Then again she came like this, (UI) obviously is coming (UI).  Then, uh, one more… my (UI) drunk obviously is drunk. Okay?  Something (UI) like this.

KD:     So you thought she was flirting at that point? Er…

PR:     Flirting, I did not think like that.  Yes I know she was chatting on the phone, so I know that she was (UI)

KD:     Okay.  So you, so at that point you didn't think she was flirting or anything?

PR:      (UI) No, nothing… (UI) like that

KD:     But then when you put your… er, when she laid down on your lap…

PR:     Mm-hm. (UI) when she's touching… definitely I got that feeling.  But I said, okay, no I got my wife here (UI) (Phone ringing) but I will not (UI).  I'm pretty sure I did not (UI)

AE:      (UI)

PR:     Definitely if my wife is not there, I'm not sure.  But my wife is sitting here to me.  Other thing…I uh she after sometime she only sometimes only slept.  She woke up.  Then one more thing, she was, uh, having that, uh, bedsheet.

AE:     Mm-hm.

PR:     But she not covered fully.  Half she covered.  (UI) bedsheet.  Definitely (UI) around five twenty or five thirty, she gone and she gone I don't know.  Definitely that's not invention (UI) I don't know. Five twenty… went to flight to get down by time she gone and I thought she (UI) is not coming (UI)

KD:     Okay, so. I-I… Back to when I just walked out. I want to make sure I heard what you said clearly. Um, you said that because your wife was there, there's no way that you would've done anything…

PR:     Mm mm.

KD:     …to this girl.

PR:     Yes.

KD:     But if your wife wasn't there, maybe things would have been different.

PR:     Chance that I will uh...  I won't say I'm not a, I'm good person.  (UI) is more (UI).

KD:     Mm-hm.

PR:    My wife is sitting (UI).  Personally I am not sure only the situation may change it.  If I'm not sure. But that time my wife is there, I might, okay.

KD:    When this was going on, when she, when she was, uh, ya know on your si.. tipped over on your shoulder, her head on your shoulder… and then when she was laying on your legs, um, was your wife awake for any of this?

PR:    I hope sometimes she's wake up.   I know (UI) she does not sleep probably (UI) or an hour.  Maybe she slept that.  (UI).

KD:    But, I-I guess were you… d, did you…

PR:    One time uh (UI).

KD:    Did you watch, (UI) did you watch your wife?  Did you pay attention to your wife to know if she was…

PR:    Uh no, I did not…

KD:    I mean…

PR:     …pay much attention, but (UI)…

KD:    …you know, did your, did your wife, ya know, flop her head over on your other shoulder, or…

PR:    Yes, yes she did. She did.

KD:    Okay.  So if that…  She was asleep then, right?

PR:    Yeah, she was sleep then. Um…

KD:    So where-where was, this girl's, where was this girl at that point?  Was she on the other shoulder or was she laying on your lap?

PR:    Yeah.  Uh one time, was my wife shoulder… she was here, like this only.

KD:    Okay.

PR:    She was like this.

KD:    Okay.

PR:    And one more thing, uh the flight people, twice they said to buckle the, uh, seat belt (UI)… twice they said.

KD:    Right.

PR:    Uh, so I buckled it twice… (UI) I buckled the…  Because when starting we left, but it was jerking like this.  So twice they said to uh…buckle seat belt.  So I buckled.

KD:    Yes.  Okay.

PR:     I did.

KD:     Okay.  Uh…

PR:     One more thing.  I hope two or three person under airhostess they came that way, if you get a chance talk to them also, may be not your case, you can ask them also, 2 or 3 times, one time I think for snacks or sometimes for carrying waste

KD:     Okay.

PR:     (UI)

KD:     Um, so, at-at what point did you, um, at what point did you, uh, unhook her bra?

PR:     I do not, actually, I, mmm, mmmm, mmmm, maybe she was sleeping on leg that time might be I did.  I don't know.  She was sleeping that leg that time.  (UI) dress look like this.

KD:     Right.

PR:     Might be…

KD:     So, you…

PR:     But I think I did uh (UI).

KD:     I mean you know there's, there's like, they don't just come apart, necessarily.  They, they, you have to unhook them.

PR:     (UI)

KD:     So you, I mean…

PR:     No, that, uh, definitely, intentionally, I did not do that.  But, uh, yes but I my think I was tried that I am sure because the dress came up.

KD:     So you might have accidentally done it.

PR:     Yes might be chance like that. Because the dress was like this.  When coming to rest, it was up on here.  It was showing that uh back (UI).

KD:     Sure.  She's a nice looking girl.

AE:     Well she had her head in your lap, and she was…got her back showing right here too, so…

KD:     Did, uh… So how did it ha… how did her, um, pants get unbuttoned then?

PR:     Hmm?

KD:     Her pants, how did they get…undone?

PR:     And then uh, definitely, uh… when sleeping there I think I kept this hand I put, on (UI)

KD:     Did… I'm sorry, say that again.  While she was sleeping…

PR:     While she was sleeping, two scenario.  Chances are that maybe like this scenario or she was on my shoulder that time…

KD:     Well I, I don't need to know who I can…  I don't want to know… Not a theory, I want to know what… I want to know what you remember doing.

PR:     That's only as per my...

KD:     Or, or maybe I should… I want to know how…  How do you remember doing it?

PR:     No. That's I does not have any remember this one.  This one, I remember was up, I was trying, but I (UI) something but this one… umm, I would say I have tried.  I won't say I did not try.  Um (UI) simply, like this.  While sleeping it was like that.  Just, I was trying to unzip but I didn't did it.  Just, I was trying get it.  Like this she was coming might be.

KD:     You were trying, you were…

PR:     I tried but it doesn't see like this if it's there (UI) it won't come, right?  Simply I just (UI)

AE:     Was that under her blanket?  Was her blanket like over her (UI)?

PR:     Blanket, I'm not sure that time it was (UI), but most of the time she was keeping the blanket only.  But I did not do fully completely.  I did not open anything.  Simply I was (UI) like this… if you are pending, it is very difficult to open (UI) beneath (UI)

KD:     Mm-hmm.

PR:     …then the right hand is not… but I did not do that.  But I was tried.  I won't say I did not uh tried.  I tried it.

KD:     Okay.  And…

PR:     Not that I didn't (UI).

KD:     Okay.  So, when-when… was it... that was… and then after that, is when you put your hand in her pants?

PR:     I was trying to put hand.

KD:     Okay.

PR:     But definitely, definitely it was not success but it just something I was putting uh just I was trying one finger in (UI) not for sure.

KD:     But you, you were touching her…

PR:     Mm.

KD:     Insi-inside her pants.

PR:    Yes, definitely, uh, I open this, and I tried with one finger or two finger I tried, but was not success… but definitely I did not do (UI) only this much itself.

KD:    Okay.

AE:    Was that with her pants still buttoned or did they get un… did they get loose a little bit? They must have gotten loose a little bit to fit one or t… your hand in there.

PR:    I did not get it.

AE:    The pants weren't like they didn't get…

PR:    No.

AE:    …unbuttoned all the way?

PR:    Mm um.

AE:    Just kinda unzipped, er…

PR:    Yeah only unzipped, but also only slightly gap in (UI) and uh…

AE:    Do you get… Do you put your finger inside of her?

PR:    Yeah, I was trying, but it's not, uh success.

AE:    Yeah, well, I mean she was laying on your lap like you said, and she was…

PR:    I think that time (UI) that time I think she was, second time she was in there, right?

AE:    Okay.

PR:    So, uh, her, um, (UI) was touching here and the shoulder like this, yes, I was trying here. (UI) I tried, but not success.

AE:    It was under her blanket?  You know…

PR:    That I'm not sure… I think blanket was not there.

AE:    So your wi, so your… I mean your wife didn't see this because she was sleeping?

PR:    Definitely (UI) something I was trying.  That's only I came to… I don't know that she has notice or she has not (UI)

AE:    Okay.  So she wouldn't know…

PR:    I don't know.

AE:    …about this?

PR:    That's the thing I don't know.

AE:    Okay. So-so-so. Okay, you said, like, you tried to touch her with one or two fingers, but you had a hard time getting your hand (UI)…

PR:   No, no, yeah.  That's why I did not… I was trying but nothing happened.

AE:   Did you get under her underwear?

PR:   No, actually I am not sure.  Maybe I'm touching only underwear only.  I am, just I was trying like this, and I, it was very difficult.  Then I got it almost.  (UI) I do not try to.

AE:   And you said…

PR:   But I did not remove any underwear.  Anything I did not do.

AE:   Her underwear was still there?

PR:   Yeah, I did not do anything.

AE:   You said, um, you might have undone her bra.  You agree… pretty sure that you did.

PR:   No, it was like this, but I'm sure.  Uh simply I was doing like this but I think did not do that.

AE:   You're not sure?

PR:   I am not sure.  This I'm not sure, what part I did not do (UI)

AE:   But you… you tried?

PR:   Yeah, I think (UI)

AE:   …you were playing…

PR:   …yeah mm playing with that.

AE:   Right.

KD:   After this… after that, did you, uh, did you touch her breast?

PR:   No.

KD:   No?

PR:   No.  Definitely maybe dress if it (UI) if I go like this.  That I'm… Maybe I touched her bra.

AE:   (UI)

KD:   But, uh…

PR:   Like this.

KD:   Under, under the shirt?

PR:   Under the shirt… definitely she was uh wearing loose shirt.  It was gone up like this.  I'm not sure… maybe the shirt or… (UI) maybe I pulled it like this.  But I did not uh (UI)

KD:   So, cause her shirt was tied originally.

34

PR:     No, it tight (UI)…

KD:     It was

PR:     it was loose…

KD:     It…

PR:     It was loose only.

KD:     No I mean it, it had like a tie at the bottom.

PR:     Mmm, I'm not sure tie at the bottom (UI)

KD:     But it, it was, it was, it was, when it was tied up.  It was short.

PR:     Okay.

KD:     Like you said it didn't, it didn't cover her stomach.

PR:     (UI) come up, but I thought it's only this much.  I don't know it's tied up or not (UI).

KD:     Okay.  Okay.

PR:     But it was loose or something.  But I did not go inside (UI).  (UI) that time maybe she is touching, that time maybe I hold it like this.  She was… keeping… (UI)

KD:     Ov-Over, over her shirt

PR:     Yes.

KD:     Okay.

PR:     Definitely that also not in my sleep, but thi, this one I, remember something I was trying.  Okay? And uh, and uh… but I did not success.  I'm sure I not success, but something I was.  Simply she was (UI) want to know if two fingers, only.  Not two.

KD:     Yeah

PR:     This one also.  Simply, like that only if she definitely uh say that only touch under here.  (UI) I was trying but not going in there.

KD:     Okay.  Did, uh, so you didn't… you weren't, you weren't able to get your finger inside her then?

PR:     No, I was trying, but I uh because it's (UI) Definitely, (UI) I did not (UI) go underneath.

KD:     Okay.

PR:     But I was trying.  I won't say I did not tried.  But I did not tried here (UI) simply just I was trying that.

AE:     So you couldn't get her zipper all the way down?

PR:     No.  My understanding, no, I did not.

AE:     But you got it a part of the way down?

PR:     Part of way down I definitely I maybe hold her like this.  But I am not (UI)

KD:     Well, right, that's her breast, but we're talking about her pants.

AE:     Her zipper.

KD:     Her zipper.

AE:     Her zipper was down.

PR:     (UI) but it was gone only one or two fingers, that's it.

KD:     So you could only fit one finger in.

PR:     Mm

AE:     So, you're saying that you did not go inside… you didn't put your fingers in her vagina?

PR:     I was trying, but no I didn't. Uh, I tried (UI) definitely the uh pants I did not remove.  I did not do that.

KD:     I think we're, uh…

AE:     …coming up on time?

KD:     …I think we're on… yeah.

AE:     Okay.

KD:     We're kinda out of time.

AE:     Okay.  Just wanna make sure.  Some of the questions…  I want to make sure that I understand you right, so I write the right things down.

AE:     We gotta get going.

KD:     Yeah.

KD:     Um, so what's going to happen from this point is that we're going to take you downtown to see the judge, as I promised earlier.  Um, and uh, we'll just kinda go one step at a time from there.  That's where the judge will read the charges to you, and uh, there will be um, attorneys there to talk to you and everything.

PR:     Okay (UI) yesterday (UI) not give my phone or something.  I could not able to talk to my office or something so (UI) give my phone or (UI) downtown…

KD:     Yeah, no, you won't, you won't get your phone until, uh… well let's see what the judge says. Um, but it won't be til after that hearing at least.

AE:     At… it will be… at-at earliest this afternoon…

KD:     Right.

AE:     …but maybe not this afternoon either, so…

KD:     We'll have to see what the judge says.  So that'll be the…

PR:     Okay (UI) not in (UI) phone call to office.  So he does not know what happened to me…

KD:     Right, yeah no.  As far as I know the only ones that are aware that anything happened today are uh yourself, and the… and your-your wife, the airline, um, the people on the… the stewardesses and flights attendants, and such.  And the uh, um, and of course the girl sitting next to you.  So.

PR:     Mm.  Personally, if you get some that video that would be (UI).  First she was… later and now this… (UI)

KD:     Okay.  Yeah, we'll, uh, I'll, I will definitely ask Spirit about that.

PR:     Please (UI) help in the downtown also.  That would be helpful for me.

KD:     Yeah, I-I won't have it today, but yeah I'll definitely, yeah

PR:     (UI) so many… You can check with the air (UI) video…

KD:     Yeah.

PR:     That you can…

KD:     Yeah.  Alright

KD:     So we got to get you ready to, uh, go downtown, so… (UI)